**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC., <br><br> Plaintiff-ctr-defendants - Appellees, <br><br> v. <br><br> RIMINI STREET, INC. and SETH RAVIN, <br><br> Defendant-ctr-claimants - Appellants. | No. 24-5979 <br><br> D.C. No. 2:14-cv-01699-MMD-DJA <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: BYBEE and BUMATAY, Circuit Judges, and BENNETT, District Judge.[*]

Appellees move to remand this appeal to the district court. Dkt. No. 31. Our merits decision in *Oracle Int'l Corp. v. Rimini St., Inc.*, 123 F.4th 986 (9th Cir. 2024), substantially changed the status of the parties such that the district court's prevailing-party analysis and fee award must be revisited. The motion is granted. This case is remanded to the district court, which is instructed to consider vacating its previous fees and costs award and consider anew the award of fees in light of our merits decision and subsequent developments in the district court. The motions to seal, Dkt. Nos. 25, 34, are granted.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.

**REMANDED.**